NUMBER 13-01-800-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

MARIA
LYDIA GARCIA,                                                         Appellant,

 

                                                   v.

 

BMW
FINANCIAL SERVICES N.A., L.L.C.,                                 Appellee.

____________________________________________________________________

 

                   On
appeal from the County Court at Law No. 2

                                  of Nueces County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

                    Before
Justices Yañez, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 

Appellant, MARIA LYDIA GARCIA, perfected an
appeal from a judgment entered by the  County Court at Law No. 2 of Nueces
County, Texas, in cause number 00-60774-2.  The clerk=s record was received on November
19, 2001. To date, appellant has failed to pay the $125.00 filing fee.








On February 26, 2002, notice was given to all parties that this
appeal was subject to dismissal pursuant to Tex.
R. App. P. 42.3(c).  Appellant  was advised that, if the $125.00
filing fee was not paid within ten days from the date of receipt of this Court=s notice, the
appeal would be dismissed.  To date, the
filing fee has not been paid.

The Court, having examined and fully considered the documents
on file, appellant=s failure to tender
the filing fee, this Court=s notice, and
appellant=s failure to
respond, is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion
delivered and filed

this the 23rd day of May, 2002